

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD
F.#2010R00014

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 18, 2011

<u>By ECF and Regular Mail</u>

ATTACHED DISTRIBUTION LIST

      Re:  United States v. Prado <u>et al</u>.
           <u>Criminal Docket No. 10-074 (S-3)(JFB)</u>

Dear Counsel:

      Pursuant to our on-going discovery obligations under Rule 16, the government has sent the items listed below to First Choice Copy for duplication. The items were sent by Federal Express today and should be available for order early next week. If you would like to order copies of these disks, please contact Joseph Misner at First Choice Copy at (718) 381-1480.

      Additionally, pursuant United States District Judge Joseph F. Bianco's prior order, the government will send a copy of this letter and one set of the attached materials to both the Nassau County Correctional Center and the Queens Private Correctional Facility.

      Finally, please be advised that, as noted below, several of these Rule 16 items are subject to the Protective Order signed by Judge Bianco on September 20, 2010, a copy of which is attached hereto.

      1.    Three DVDs with audio recordings of conversations involving, among others, Mario Alphonso Herrara-Umanzor ("Disk-24A, "Disk-24B" and "Disk-24C," respectively).[1] **SUBJECT TO PROTECTIVE ORDER.**

---

    [1] Disks 24A-C contain the same recordings that were included on Disk-24, which was provided to defense counsel with a September 23, 2010 discovery letter. However, the government was informed by counsel for one of the defendants that several of the recordings were inaccessible.

2.  A DVD with crime scene photographs from the May 26, 2009 Dexter Acheampong murder ("Disk-28");

3.  A DVD with a video recording of the Acheampong crime scene ("Disk-29");

4.  A DVD with audio recordings of 911 calls in connection with the Acheampong murder ("Disk-30");

5.  A DVD with crime scene photographs from the May 5, 2008 Santos Castillo-Martinez murder ("Disk-31");

6.  A DVD with crime scene photographs from the October 22, 2009 Jairo Vasquez murder ("Disk-32");

7.  A DVD with crime scene photographs from the December 12, 2009 Erick Avalos murder ("Disk-33");

8.  Two DVDs with surveillance video footage/images in connection with the Avalos murder ("Disk-34" and "Disk-35");

9.  A DVD with crime scene photographs from the February 5, 2010 Vanessa Argueta and Diego Torres murders ("Disk-36");

10. Two DVDs with (a) an audio/video recording, and (b) video (only) recording of a December 6, 2010 meeting between Francisco Ramos and an undercover law enforcement officer at the Nassau County Correctional Center ("Disk-37" and "Disk-38") **SUBJECT TO PROTECTIVE ORDER**;

11. A CD with audio recordings of conversations involving, among others, Francisco Ramos ("Disk-25") **SUBJECT TO PROTECTIVE ORDER**;

12. A CD with recordings of 911 calls in connection with the November 21, 2009 assaults at El Cibao bar in Freeport, New York ("Disk-40");

13. A DVD with telephone records, including recorded telephone calls, from the Nassau County Correctional Center for Elenilson Ortiz ("Disk-41"); and

14. A DVD with scanned copies of the following documents, several of which have been redacted: (a) an autopsy report, toxicology report and autopsy photographs for David Sandler; (b) an autopsy report, toxicology report

2

and autopsy photographs for Dexter Acheampong; (c) photographs of MS-13 graffiti and tattoos; (d) photographs of weapons and paraphernalia recovered from MS-13 members and associates; (e) Nassau County Police Department scene examination reports regarding the Santos Castillo-Martinez, Jairo Vasquez and Erick Avalos murders; (f) Suffolk County Police Department evidence submission reports and property invoices relating to the Acheampong and Sandler murders; (g) a photograph of writing on the wall of Wilber Ayala-Ardon's jail cell; and (h) copies of medical records relating to John Doe #6 (as defined in the Third Superseding Indictment)("Disk-42").

The government is in possession of the physical items referenced in the above-referenced property invoice forms. Additionally, the government is in possession of prison-shanks seized from Francisco Ramos, Cesar Landaverde and Adalberto Ariel Guzman. You may contact me to specify the items you would like to inspect and/or photograph and we will arrange a mutually convenient time to do so.

The government renews its request for reciprocal discovery.

> Very truly yours,
>
> LORETTA E. LYNCH
> United States Attorney
>
> By: _____
> John J. Durham
> Assistant U.S. Attorney
> (631) 715-7851

Attachments

cc: Clerk of the Court (JFB) (By ECF)

3

## Distribution List

Scott Fenstermaker, Esq.
300 Park Avenue, 17th Floor
New York, New York 10022

Robert P. LaRusso, Esq.
LaRusso & Conway, LLP
300 Old Country Rd., Suite 341
Mineola, New York 11501

Lloyd J. Nadel, Esq.
170 Old Country Road
Mineola, New York 11501

William D. Wexler, Esq.
816 Deer Park Avenue
North Babylon, New York 11703

Lucas E. Andino, Esq.
445 Park Avenue, 9th Floor
New York, New York 10022

Joseph F. Kilada, Esq.
666 Old Country Road
Suite 600
Garden City, New York 11530

Gary S. Villanueva, Esq.
11 Park Place, Suite 1601
New York, New York 10007-2801

Elizabeth E. Macedonio, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Kelley J. Sharkey, Esq.
26 Court Street, Suite 1016
Brooklyn, New York 11242

Louis M. Freeman, Esq.
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, New York 10007

Martin G. Goldberg, Esq.
672 Dogwood Avenue, Suite 183
Franklin Square, New York 11010

John Burke, Esq.
26 Court Street, Suite 1242
Brooklyn, New York 11242

Robert Moore, Esq.
Quesada & Moore, LLP
128 Avon Place
West Hempstead, NY 11552

Anthony Senft, Esq.
21 Carleton Avenue
East Islip, NY 11730

Glenn A. Obedin, Esq.
Efman & Obedin
320 Carleton Avenue, Suite 4200
Central Islip, New York 11722

Francis Murphy, Esq.
32 Bohack Court
Sayville, NY 11782

Edward P. Jenks, Esq.
332 Willis Avenue
Mineola, New York 11501

Sally J. M. Butler, Esq.
42-40 Bell Boulevard
Bayside, New York 11361

Colleen Quinn Brady, Esq.
99 Hudson Street, 8th Floor
New York, New York 10013

Anthony L. Ricco, Esq.
20 Vesey Street, Suite 400
New York, New York 10007

Kevin J. Keating, Esq.
666 Old Country Road
Garden City, New York 11530

John F. Carman, Esq.
666 Old Country Road
Suite 501
Garden City, New York 11530

Terrence Buckley, Esq.
356 Veterans Memorial Highway, Suite 8N
Commack, NY 11725

Richard Lind, Esq.
745 Fifth Avenue, Suite 902
New York, New York 10151

Jeffrey Pittell, Esq.
299 East Shore Road
Great Neck, NY 11023

David Stern, Esq.
Rothman, Schneider, Soloway & Stern
100 Lafayette Street, Suite 501
New York, New York 10013

Jean D. Barrett, Esq.
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042

Sanford Talkin, Esq.
Talkin, Muccigrosso & Roberts
40 Exchange Place, 18th Floor
New York, New York 10005-2701

Toni Marie Angeli, Esq.
666 Old Country Road, Suite 600
Garden City, New York 11530

Avraham Moskowitz, Esq.
Moskowitz, Book & Walsh LLP
345 Seventh Avenue, 21st Floor
New York, New York 10001

Robert Soloway, Esq.
Rothman, Schneider, Soloway & Stern
100 Lafayette Street, Suite 501
New York, New York 10013

David L. Lewis, Esq.
Lewis & Fiore
225 Broadway
New York, New York 10007

Joshua L. Dratel, Esq.
Law Offices of Joshua L. Dratel
2 Wall Street, 3rd Floor
New York, New York 10005

Anthony La Pinta, Esq.
35 Arkay Drive
Suite 200
Hauppauge, New York 11788

Russell Neufeld, Esq.
99 Hudson Street, 8th Floor
New York, New York 10013

Steve Zissou, Esq.
42-40 Bell Boulevard
Bayside, New York 11361

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           O R D E R

   - against -                    Cr. No. 10-CR-074 (S-2) (JFB)

PRADO et al.,

              Defendants.

- - - - - - - - - - - - - - - - X

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney JOHN J. DURHAM, it is hereby:

      **ORDERED** that counsel for the defendants, or anyone acting under the direction of defense counsel, may not reproduce, distribute or otherwise disseminate the materials provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure in connection with the above-referenced matter that disclose the identity of confidential informants or cooperating defendants (the "Rule 16 Materials"), including without limitation audio and video recordings. When disclosed by the government to defense counsel, the Rule 16 Materials, which are subject to this Order, will be marked or noted as "Subject to Protective Order";

      **ORDERED** that the defendants not be permitted to bring the Rule 16 materials, or copies thereof, back to the institutions where they are incarcerated, except the defendants may review the Rule 16 Materials provided to those institutions

by the government, at the direction of the Court, in the areas designated by the institutions, but in no event shall the defendants be permitted to remove the Rule 16 Materials from the designated areas or retain copies of those materials; and

**ORDERED** that nothing in this Order shall prohibit: (a) defense counsel from reproducing and sharing the Rule 16 Materials with others acting under the direction of defense counsel; or (b) defense counsel, or others acting under the direction of defense counsel, from displaying or discussing the content of such Rule 16 Materials with other persons; provided however, that the restrictions set forth in this Order shall apply to those individuals acting under the direction of defense counsel.

Dated:     Central Islip, New York
           September 30, 2010

                                    _____
                                    THE HONORABLE JOSEPH F. BIANCO
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK