

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD
F.#2010R00014

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

April 1, 2011

<u>By ECF Only</u>

ALL COUNSEL OF RECORD

Re:  United States v. Prado <u>et al</u>.
     <u>Criminal Docket No. 10-074 (S-3)(JFB)</u>

Dear Counsel:

Upon execution and return of the stipulation that is attached hereto as Exhibit 1, the government will provide you with draft copies of certain transcripts and/or summaries of recorded telephone conversations and/or meetings involving the following defendants: ELENILSON ORTIZ, FRANCISCO RAMOS, JOSE GUSTAVO ORELLANA-TORRES, MARIO ALPHONSO HERRERA-UMANZOR, ADALBERTO ARIEL GUZMAN and RENE MENDEZ MEJIA. As set forth in the attached stipulation, the transcripts and summaries are subject to the Protective Order signed by United States District Judge Joseph F. Bianco on September 20, 2010.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____
John J. Durham
Assistant U.S. Attorney
(631) 715-7851

Attachments

cc:  Clerk of the Court (JFB) (By ECF)

## EXHIBIT 1

JJD
F.#2010R00014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

PRADO ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - - -X

<u>STIPULATION</u>

<u>10-CR-074 (S-3)(JFB)</u>

        The parties hereby STIPULATE AND AGREE as follows:

        1.  The transcripts and summaries of recorded conversations that are being produced during the discovery period of this case are draft documents and will not be introduced, quoted from or relied upon by either party for any purpose at any proceeding in the above-captioned case, including cross-examination of any witnesses.

        2.  The transcripts and summaries are "Rule 16 Materials," as that phrase is defined in the September 20, 2010 Protective Order signed by United States District Judge Joseph F. Bianco, a copy of which is attached hereto. Thus, the transcripts and summaries are subject to the restrictions set forth in that Protective Order.

        3.  The transcripts and summaries, including all copies of the same, whether in the possession of defense counsel or others acting under the direction of defense counsel, will be

returned to the United States when final transcripts are provided by the United States.

Dated: _____, 2011
       Central Islip, New York

                               LORETTA E. LYNCH
                               United States Attorney
                               Eastern District of New York

                       By: _____
                               John J. Durham
                               Assistant U.S. Attorney
                               (631) 715-7851

AGREED AND STIPULATED TO:

_____
                           , Esq.

Attorney for _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              O R D E R

   - against -                       Cr. No. 10-CR-074 (S-2) (JFB)

PRADO et al.,

        Defendants.

- - - - - - - - - - - - - - - - - X

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney JOHN J. DURHAM, it is hereby:

      **ORDERED** that counsel for the defendants, or anyone acting under the direction of defense counsel, may not reproduce, distribute or otherwise disseminate the materials provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure in connection with the above-referenced matter that disclose the identity of confidential informants or cooperating defendants (the "Rule 16 Materials"), including without limitation audio and video recordings. When disclosed by the government to defense counsel, the Rule 16 Materials, which are subject to this Order, will be marked or noted as "Subject to Protective Order";

      **ORDERED** that the defendants not be permitted to bring the Rule 16 materials, or copies thereof, back to the institutions where they are incarcerated, except the defendants may review the Rule 16 Materials provided to those institutions

by the government, at the direction of the Court, in the areas designated by the institutions, but in no event shall the defendants be permitted to remove the Rule 16 Materials from the designated areas or retain copies of those materials; and

**ORDERED** that nothing in this Order shall prohibit: (a) defense counsel from reproducing and sharing the Rule 16 Materials with others acting under the direction of defense counsel; or (b) defense counsel, or others acting under the direction of defense counsel, from displaying or discussing the content of such Rule 16 Materials with other persons; provided however, that the restrictions set forth in this Order shall apply to those individuals acting under the direction of defense counsel.

Dated:   Central Islip, New York
         September 30, 2010

                                    THE HONORABLE JOSEPH F. BIANCO
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK